# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-31067
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 22, 2019

Lyle W. Cayce
Clerk

SHANTA G. PHILLIPS-BERRY,

      Plaintiff - Appellant

v.

KENNER POLICE DEPARTMENT; AT&T CORPORATION; APPLE;
VERIZON COMMUNICATIONS, INCORPORATED; T-MOBILE
CORPORATION; SPRINT CORPORATION; METRO PCS
COMMUNICATION INCORPORATED; COX CABLE, also known as Cox
Cable Communications, Incorporated,

      Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-8235

Before DAVIS, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM:*

      Prior to service of summons on the defendants in this case, the district court issued a show cause order noting that Plaintiff Shanta Phillips-Berry had filed a series of "incomprehensible" complaints against a wide variety of people

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-31067

and entities, of which this case was one.  The order required Phillips-Berry to show cause as to why the court should not restrict her ability to file.  In response, she indicated that the defendants have implanted a device in her body to inflict pain.  The district court found the basis for her claims to be "incoherent," prohibited her from further similar filings, and dismissed the case pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i).  Phillips-Berry timely appealed to this court.

Although we do not doubt the sincerity of Phillips-Berry in explaining her concerns, we conclude that the district court's order should be affirmed for substantially the same reasons set forth in its September 18, 2018 order.

AFFIRMED.